FILED

SEP 05 2019

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19 CR 184 CVE |
| Plaintiff, | **INDICTMENT** |
| v. | [18 U.S.C. § 875(d): Interstate Communication With Intent to Extort] |
| IVAN ARROYO,<br>a/k/a "marcus207,"<br>a/k/a "tyreseio12," | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

From on or about March 17, 2018, to on or about March 18, 2018, in the Northern District of Oklahoma, the defendant, **IVAN ARROYO**, a/k/a "Marcus 207," a/k/a "tyreseio12," knowingly transmitted in interstate and foreign commerce, with intent to extort things of value from S.C., a person known to the Grand Jury, an electronic communication containing a threat to injure the reputation of another person known to the Grand Jury.

All in violation of Title 18, United States Code, Section 875(d).

R. TRENT SHORES
UNITED STATES ATTORNEY

A TRUE BILL

*/s/ Shannon B. Cozzoni*
SHANNON B. COZZONI
Assistant United States Attorney

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson